## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Sean Tyler, Petitioner
v. Justin Hammers, Respondent

Case Number: 16-CV-8653

An appearance is hereby filed by the undersigned as attorney for:
Sean Tyler, Reg. No. B-71049

Attorney name (type or print): Karl Leonard

Firm: The Exoneration Project

Street address: 311 N. Aberdeen Street, Suite 2E

City/State/Zip: Chicago, IL 60607

Bar ID Number: 6300333
(See item 3 in instructions)

Telephone Number: 312-789-4955

Email Address: karl@exonerationproject.org

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 09/02/16

Attorney signature: S/ Karl Leonard
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015